Glen F. Olives (SBN 196854)
golives@tedgreenelaw.com
Matthew C. Briggs (SBN 310449)
mbriggs@tedgreenelaw.com
THE LAW OFFICES OF TED A. GREENE, INC.
1912 F Street, Suite 110
Sacramento, CA 95811
Tel.: (916) 442-6400
Fax: (916) 266-9285

Attorneys for Defendants,
CLINT DINGMAN, ROBERT PUCKETT, SR. MICHELE HANSON, MELISSA TULLEDO, HORNBROOK COMMUNITY SERVICES DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| Roger Gifford, | Case No.: 2:21 CV 1726-KJM-DMC-PS |
|---|---|
| Plaintiff, | **GLEN F. OLIVES' DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT** |
| vs. | |
| Clint Dingman; Robert Puckett, Sr.; Michele Hanson; Melissa Tulledo; Hornbrook Community Services District; Bruce's Towing/Radiator & Dismantling; John Does 1-20, | [Fed. R. Civ. P. 55(c)] |
| | *[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities in Support; Declaration of Robert Puckett, Sr.]* |
| Defendants. | Date: January 5, 2022<br>Time: 10:00 a.m.<br>Courtroom: 304<br>Judge: Hon. Dennis M. Cota |
| | Complaint Filed: September 22, 2021 |

I, GLEN F. OLIVES., state and declare as follows:

1. I am an attorney duly licensed by the State of California to practice in all courts in the State as well as in the United States District Court for the Eastern District of California.

2. I am employed by The Law Offices of Ted A. Greene, Inc., which was

GLEN F. OLIVES' DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT – Page **1** of **3**

retained by Defendants Clint Dingman, Robert Puckett, Sr., Michele Hanson, Melissa Tulledo, and Hornbrook Community Services District in the above-captioned matter on November 11, 2021 for the purpose of defending this action. The following matters are true of my own knowledge, and if called to testify I would testify as to the same.

3. Upon retention I began immediately reviewing all papers filed in this matter, speaking with the defendants, conducting legal research, and drafting the present Motion to Set Aside Clerk's Entry of Default.

4. While my investigation of the merits of Plaintiff's claims are ongoing, nothing I have found suggests that any Defendant in this case acted inappropriately or illegally in any manner. From reading the operative complaint in this action as well as complaints in prior actions which were dismissed, I can with a great measure of confidence conclude that: (1) Plaintiff's entire complaint and each cause of action fails to state a claim against the Defendants; (2) this Court lack subject matter jurisdiction over the Complaint; (3) Plaintiff's Complaint is barred by the Eleventh Amendment; (4) Plaintiff fails to allege sufficient facts for a viable federal conspiracy claim; (5) Plaintiff fails to allege sufficient facts for a viable First or Fourteenth Amendment freedom of speech claim against this Defendant; (5) Plaintiff fails to allege sufficient facts for a viable section 1983 claim based on violation of due process or equal protection against this Defendant; (6) Plaintiff fails to allege sufficient facts for a viable federal retaliation claim against this Defendant; (7) Plaintiff state law claims are barred because he has failed to allege compliance with California's Government Tort Claims Act; (8) Plaintiff is not entitled to Punitive damage; (9) many if not most of Plaintiff's claims have already been adjudicated in prior lawsuits and those claims are therefore res judicata; and (10) at all times mentioned in the Complaint all Defendants acted within all applicable state and federal laws.

5. The Defendants in this action have multiple meritorious defenses, the Plaintiff would in no way be prejudiced by the granting of this motion, and there has been no unreasonable delay in bringing the present motion.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of November, 2021, a Sacramento, California.

*/s/ Glen F. Olives*

Glen F. Olives