Glen F. Olives (SBN 196854)
golives@tedgreenelaw.com
Matthew C. Briggs (SBN 310449)
mbriggs@tedgreenelaw.com
THE LAW OFFICES OF TED A. GREENE, INC.
1912 F Street, Suite 110
Sacramento, CA 95811
Tel.: (916) 442-6400
Fax: (916) 266-9285

Attorneys for Defendants,
CLINT DINGMAN, ROBERT PUCKETT, SR. MICHELE HANSON, MELISSA TULLEDO, HORNBROOK COMMUNITY SERVICES DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Gifford, <br><br> Plaintiff, <br><br> vs. <br><br> Clint Dingman; Robert Puckett, Sr.; Michele Hanson; Melissa Tulledo; Hornbrook Community Services District; Bruce's Towing/Radiator & Dismantling; John Does 1-20, <br><br> Defendants. | Case No.: 2:21 CV 1726-KJM-DMC-PS <br><br> **ROBERT PUCKETT, SR.'s DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT** <br><br> [Fed. R. Civ. P. 55(c)] <br><br> *[Filed concurrently with Notice of Motion and Motion; Declaration of Robert Puckett, Sr.; Requests for Judicial Notice]* <br><br> Date:       January 5, 2022 <br> Time:       10:00 a.m. <br> Courtroom: 304 <br> Judge:      Hon. Dennis M. Cota <br><br> Complaint Filed: September 22, 2021 |

I, ROBERT PUCKETT, SR., state and declare as follows:

1. I am a Defendant in the above-entitled case and am acting in my capacity of the President of Defendant Hornbrook Community Services District, a public entity.

2. I have personal knowledge of the following facts, and if called as a witness, could and would competently testify thereto.

3. I became aware of the lawsuit on or about October 5, 2021 when I was served with the Complaint and other papers. The other defendants, Clint Dingman, Michele Hanson, and Melissa Toledo were served on or about the same date, and are all board members of the District.

4. Mr. Gifford had sued the District in federal court before this action as well as several other public entities and individuals in Siskiyou County.

5. I responded to this lawsuit by taking the following actions:

(a) I met with the Defendant board members and we all agreed that I would be the point of contact for finding counsel to represent the District and its members;

(b) I immediately notified the District's liability insurance carrier, Kinsale Insurance Company, of the lawsuit and requested coverage and that counsel be retained on behalf of the District and its members; and

(c) While having multiple conversations with representatives of Kinsale, I began also began searching for counsel and contacted three law firms for representation, but all declined for reasons ranging from being to busy to take on new cases or requiring an initial retainer that was beyond our District's available resources. (Hornbrook is a small rural community with a population of less than 300 people and the District's resources are extremely limited.)

6. Eventually Kinsale informed me that they would not provide coverage and that matter is still being disputed.

7. Eventually I was put in contact with present counsel who was able to take the case, but approval was required by the District in a Special Meeting, which caused further delay. Present counsel was retained on November 11, 2021.

8. My delay in filing a response to the lawsuit was not intentional and I diligently sought counsel at all times. Additionally, I was under the misimpression that the time for responding was sixty days instead of twenty-one days.

7. I have no reason to believe that Plaintiff will suffer prejudice if the Court grants this motion.

I declare under the penalty of perjury under the laws of the State of California that

the foregoing is true and correct.

    Executed this 15th day of November, 2021, at Hornbrook, California.

                                      */s/ Robert Puckett, Sr.*
                                      ROBERT PUCKETT, SR.