# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:21-CV-1726-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CLINT DINGMAN, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. On November 1, 2021, the Clerk of the Court entered defaults as to Defendants Dingman, Hanson, Puckett, and Tulledo. See ECF No. 7. On November 8, 2021, Plaintiff filed a motion for default judgment as to these defendants. See ECF No. 12. Plaintiff noticed his motion for hearing before the undersigned in Redding, California, on November 17, 2021, at 10:00 a.m. See id. at 1.

Plaintiff's motion is defectively noticed. Pursuant to Eastern District of California Local Rule 230(b), motions "shall be set for hearing. . .not less than twenty-eight (28) days after service and filing of the motion." Here, Plaintiff filed his motion on November 8, 2021, and noticed it for hearing on November 17, 2021, which is less than 28 days after it was filed. The hearing is, therefore, vacated. See Local Rule 230(b). Plaintiff shall re-notice his motion for a

/ / /

/ / /

1

hearing more than 28 days after November 8, 2021. See id. Currently available dates are: December 8, 2021; January 5 ,2022, and January 26, 2022.

        IT IS SO ORDERED.

Dated: November 15, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE