**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER GIFFORD,<br><br>           Plaintiff,<br><br>     v.<br><br>CLINT DINGMAN, et al.,<br><br>           Defendants. | No.  2:21-CV-1726-KJM-DMC<br><br><br>ORDER |

        Plaintiff, who is proceeding pro se, brings this civil action.  On November 3, 2021, the Clerk of the Court entered defaults as to Defendants Dingman, Hanson, Puckett, and Tulledo. See ECF No. 7.  On the same day the Clerk of the Court declined to enter defaults as to Defendants Hornbrook Community Services District and Bruce's Towing.  See ECF Nos. 8 and 9. On November 8, 2021, Plaintiff filed a motion for default judgment as to these defendants, which Plaintiff improperly noticed for hearing before the undersigned on November 17, 2021. See ECF No. 12.  On November 15, 2021, Defendants Dingman, Hanson, Puckett, and Tulledo filed a motion to set aside the defaults.  See ECF No. 15.  Defendants noticed their motion for hearing before the undersigned on January 5, 2022.  See id.  On November 15, 2021, Plaintiff filed a motion for default judgment as to Defendant Hornbrook Community Services District. See ECF No. 20.  Plaintiff improperly noticed his second motion for default judgment for hearing before the undersigned on November 17, 2021.  See id.  On November 16, 2021, an order

directing Plaintiff to re-notice his improperly noticed first motion for default was issued.  See ECF No. 19 (the order had been signed on November 15, 2021, before Plaintiff's second motion for default judgment appeared on the docket).  On November 29, 2021, Plaintiff re-noticed his first motion for default judgment for hearing on December 8, 2021, see ECF No. 22, and re-noticed his second motion for default judgment for hearing on January 5, 2022.

On the Court's own motion, the hearing on Plaintiff's first motion for default judgment, re-noticed by Plaintiff for December 8, 2021, is continued to January 5, 2022, to coincide with Defendants' motion to set aside defaults, noticed for January 5, 2022, and Plaintiff's second motion for default judgment, re-noticed for January 5, 2022.  All currently pending motions, therefore, will be heard by the undersigned in Redding, California, on January 5, 2022, at 10:00 a.m.  The initial scheduling conference set for January 26, 2022, before the undersigned in Redding, California, at 10:00 a.m., remains on calendar.

IT IS SO ORDERED.

Dated:  December 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE