1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ROGER GIFFORD,                              No.  2:21-CV-1726-KJM-DMC

12                    Plaintiff,

13         v.                                     <u>ORDER</u>

14    CLINT DINGMAN, et al.,

15                    Defendants.

16

17              Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to Eastern

18    District of California Local Rule 230(g), the hearing scheduled for January 5, 2022, at 10:00 a.m.,

19    before the undersigned in Redding, California, on Plaintiff's motions for default judgment, ECF

20    Nos. 12 and 20, and Defendants' motion to set aside defaults, is hereby taken off calendar and the

21    matters are submitted on the record and briefs without oral argument.  The initial scheduling

22    conference set for January 26, 2022, at 10:00 a.m., before the undersigned in Redding, California,

23    is also vacated pending resolution of the submitted motions.

24              IT IS SO ORDERED.

25

26    Dated:  December 27, 2021

27                                                _____
                                                  DENNIS M. COTA
28                                                UNITED STATES MAGISTRATE JUDGE

                                                  1