IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLINT DINGMAN, et al.,<br><br>　　　　　　Defendants. | No. 2:21-CV-1726-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's request, ECF No. 28, which is construed as a motion for pending motions to be decided without oral argument. Plaintiff's motion is denied as unnecessary because the Court previously took the matters under submission without oral argument. See ECF No. 27. The pending motions for default judgments, ECF Nos. 12, and 20, and to set aside entry of defaults, ECF No. 15, which are fully briefed, will be addressed separately.

　　　　　　IT IS SO ORDERED.

Dated: March 8, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE