IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Gifford<br><br>    Plaintiff,<br><br>vs.<br><br>Clint Dingman; Robert Puckett, Sr.; Michele Hanson, Melissa Tulledo, Hornbrook Community Services District; Bruce's Towing/Radiator & Dismantling; John Does 1-20<br><br>    Defendants. | NO. **2:21-CV-01726-KJM-DMC**<br><br>**ORDER OF DISMISSAL**<br><br>US Dist. Court Judge:<br>Hon. Kimberly J. Mueller |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), ECF No. 30, IT IS ORDERED THAT DEFENDANT BRUCE'S TOWING/RADIATOR & DISMANTLING BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, allegations, and causes of action against Defendant Bruce's Towing/Radiator & Dismantling only, with each party bearing that party's own attorney's fees and costs. The Clerk of the Court is directed to terminate BRUCE'S TOWING/RADIATOR & DISMANTLING as a defendant to this action.

Dated: March 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE