IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:21-CV-1726-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CLINT DINGMAN, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. A review of the docket reflects that answers have been filed by all Defendants. See ECF Nos. 41-45. This case is therefore now at issue. The matter is set for an initial status/scheduling conference before the undersigned in Redding, California, on February 1, 2023, at 10:00 a.m. On or before January 25, 2023, the parties shall meet and confer and filed with the Court a joint scheduling conference statement consistent with the Court's September 23, 2021, order at ECF No. 3. Appearances are required. Any requests for remote appearances must be filed concurrently with the joint scheduling conference statement.

IT IS SO ORDERED.

Dated: November 18, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1