Roger Gifford, Pro Se
15226 Hornbrook Rd.
Hornbrook, CA 96044
530-340-1395

**FILED**

AUG 21 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Gifford, | Case No: 2:21-CV-01726-KJM-DMC |
| Plaintiff, | PLAINTIFF ROGER GIFFORD'S **NOTICE OF RELATED CASES:** |
| vs. | *Harrell v. Puckett, et al*, #2:23-cv-1448 TLN AC |
| Clint Dingman, et al, | |
| Defendants, | |

COMES now Roger Gifford, and informs the Court that he has discovered this action is related to another case now-pending case before this Court within the meaning of CAED Local Rule #123. Notice has also been filed in that matter.

The potentially related case is *Harrell v. Puckett, et al*, #2:23-cv-1448 TLN AC, now pending in the CAED, Sacramento Division. Examination of the complaint in these two matters reveals that there are multiple identical defendants, overlapping claims and subject matters -all <u>arising from the same series of events</u>, and which all in <u>both</u> cases occurred at the same time, in the <u>same</u> physical location (a residence located at 408 Henley Hornbrook Rd., Hornbrook, Siskiyou County, CA; and, within the boundaries of the Hornbrook Community Services District, which lies completely within Siskiyou County, CA). Furthermore, the issues of law and fact raised in both cases are resultantly almost identical.

Moreover, the related matter was assigned to the Redding division pursuant to CAED Local Rule #120(d), and Appendix A(l) because all of the events and circumstances of the case arose within Siskiyou County. Substantial judicial economy, consistency of judicial rulings and determinations, and minimization of expenses and inconvenience to the parties and witnesses would be realized by relating the two cases.

Respectfully submitted this _17th_ day of August, 2023

_____
Roger Gifford, Pro Se

Plaintiff's Responses to Defendant HCSD's Requests For Admission - 1

## CERTIFICATION OF SERVICE

    I, Roger Gifford, the undersigned Plaintiff in this matter, do hereby affirm under penalty of perjury that I served the foregoing document by US Mail upon the parties via their attorney at the address below, and on the date of signature below.

1) Christopher L. Janof
   LAW OFFICES OF TED A. GREENE, INC.
   1912 F Street, Ste 110
   Sacramento, CA 95811

2) Peter T. Harrell
   PO Box 131
   Ashland, OR 97520

Documents served:
**NOTICE OF RELATED CASES;** *Harrell v. Puckett, et al*, #2:23-cv-1448 TLN AC

Dated this _17th_ day of August, 2023

                                                          Roger Gifford, Plaintiff Pro Se