UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roger Gifford, | No. 2:21-cv-01726 KJM DMC |
| Plaintiff, | ORDER |
| v. | |
| Clint Dingman, et al. | |
| Defendants. | |

On January 30, 2025, the court set the Final Pretrial Conference for March 6, 2025. Min. Order, ECF No. 70. The court ordered the parties to submit a Joint Pretrial Statement no less than three (3) weeks prior to the Final Pretrial Conference. *See id.* The parties have not yet submitted a Joint Pretrial Statement even though the Final Pretrial Conference is one week away. The parties are ordered to show cause within **2 days** of the publication of this order as to why the court should not reset the Final Pretrial Conference to April 17, 2025.

IT IS SO ORDERED.

DATED: February 28, 2025.

UNITED STATES DISTRICT JUDGE

1