**FILED**

Kimberly R. Olson, In Pro Per
PO Box 243
Hornbrook, CA 96044
530-475-366

OCT 2 6 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

Kimberly R. Olson,                    )
                                      ) Case No: 2:21-cv-1482-KJM-DMC (PS)
            Plaintiff,                 )
                                      ) PLAINTIFF'S MEMORANDUM RE:
      vs.                             ) SCHEDULING CONFERENCE OF
Robert Puckett, Sr.;, et al,          ) OCTOBER 18, 2023
                                      )
            Defendants,                )
                                      )

Pursuant to this Court's Order of August 16, 2023 (ECF #138), Plaintiff Kimberly R.

Olson ("Plaintiff") submitted a Request to Appear Telephonically for the scheduling conference

held October 18, 2023 at 10:00 a.m.

On October 17, 2023 Plaintiff, who must borrow her caregiver's laptop to access the

internet at home, was sent an email by Clerk Erik Stewart with information that was supposed to

allow her to call into the Scheduling Conference with the Court (see attached Exhibit A, with

conference phone number 877-3336-1274, and associated code).

However, when Plaintiff attempted to use the number provided in the email from Clerk

Stewart at 9:50 am on October 18, 2023, she was unable to connect as instructed (instead being

answered by some kind of energy company), and so called the Redding Courthouse directly,

where she left a phone message explaining her problem, along with her phone number and a

request for a return call.  Plaintiff was never contacted in response.

Dated this 21st day of October, 2023

Kimberly R. Olson, Plaintiff Pro Se

**CERTIFICATION OF SERVICE**

I, Kimberly R. Olson, the undersigned Plaintiff in this matter, do hereby affirm under
penalty of perjury that I served the foregoing document by US Mail upon the Defendants via
their attorneys at the address below, and on the date listed.

J. Scott Donald                                          October 21st, 2023
601 University Ave., Ste. 225
Sacramento, CA 95825

Dated this 21st October, 2023

Kimberly R. Olson, Plaintiff Pro Se

# EXHIBIT A

# EXHIBIT A



**J Stewart** <estewart@caed.uscourts.gov>
To: kimberly olson <kimberlyrenee@yahoo.com>

Thank you Ms. Olson.

We can accommodate you by telephone.  Please dial 877-3336-1274 and enter access code 5444373.  This will connect you to the tel

The hearing begins at 10:00 a.m.  Please dial in a few minutes prior to that time.

Erik Stewart
Law Clerk to Hon. Dennis M. Cota
(530) 246-5045

**From:** kimberly olson <kimberlyrenee@yahoo.com>
**Sent:** Monday, October 16, 2023 10:36 PM
**To:** J Stewart <EStewart@caed.uscourts.gov>
**Subject:** Re: Olson v. Puckett, et al., 2:21-cv-1482-KJM-DMC

**CAUTION - EXTERNAL:**

Mr. Stewart,

Thank you for your email. Please do not use any computer service to try and contact me. I am reliant upon friends for access to the in
by borrowing my caregiver's laptop IF he has it with him when he comes by my place, and that is at somewhat random times of the d

Please do use my home phone, which is 530-475-3669

Kimberly R. Olson

> On Monday, October 16, 2023 at 11:43:09 AM PDT, J Stewart <estewart@caed.uscourts.gov> wrote:
>
>
> I just wanted to confirm that this email address is a good address to use to send you a Zoom link for the scheduling conference set
> Judge grant your request to appear remotely.  We can also accommodate your appearance by telephone if Zoom does not work fo
>
> Please let me know your preference for telephonic or Zoom appearance.  I will then confer with the Judge and will let you know wl
> appearance is granted.
>
> Thank you.
>
>
> Erik Stewart
> Law Clerk to Hon. Dennis M. Cota
> (530) 246-5045

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clic